# Exhibit B

# 中 国 精 密 机 械 进 出 口 总 公 司

## CHINA NATIONAL PRECISION MACHINERY IMPORT & EXPORT CORPORATION

# 目录 Contents

■ 公司简介
General Introduction                                  2

■ 组织结构
Organization Structure                                4

■ 防务产品
Defense Products                                      6

■ 航天产品
Aerospace Products                                   10

■ 工程承包
Engineering Contracting                              12

■ 国际贸易
International Trade                                   14

■ 投资与资产管理
Capital Investement and Assets Management            16

■ 研发设施
Research & Development Facilities                    18



　　中国精密机械进出口总公司（简称精密公司，英文缩写CPMIEC）是经国家授权，以中国航天高科技产品与技术进出口为主业的工贸结合、技贸结合的大型企业。

　　精密公司主要经营的产品包括防御武器系统、航天设备、卫星技术及其应用产品、特种设备、精密机械、光学仪器、电子产品和特种车辆及相关技术等。

　　按照"航天为本，军贸为主，多元经营，协调发展"的经营方针，精密公司以中国航天工业雄厚的经济、技术基础和强大的科研生产能力为后盾，依靠大批经验丰富的专家和优良的技术设备，在开展航天高科技产品贸易的同时，可承揽高科技领域中各种高精度设备及产品的研发、设计和制造，开展联合研制、合作生产、技术转让、系统集成、合资经营、工程承包、劳务合作、招投标业务、外贸商情咨询、物业经营管理、物流经营以及其它多种形式的贸易活动。

　　精密公司自1980年成立以来，以"重合同、守信用、保质量、讲效率"的经营理念，已经同世界上几十个国家和地区建立了良好的贸易合作关系，形成了高效的营销网络，在国内外客户中享有盛誉。



公司简介

*General Introduction*

China National Precision Machinery Import & Export Corporation (CPMIEC) is a nationwide foreign trade enterprise which combines trade with industry and technology. It's a main channel authorized by the Chinese government for the import and export of hi-tech products and technology of China Aerospace.

CPMIEC mainly deals with the import and export of defense missile weapon systems, aerospace equipment, satellite technology and its applied products, special devices, precision machinery, optical instruments, electronic products, special vehicles and its appropriate technology.

With the motto of "based on China Aerospace, focused on military trade, oriented for multi-sector management, pursuit of coordinated development," based on the immense economy and technology foundation, the strong research, development and manufacture capability of China Aerospace Industry, supported by ample funds, advanced facilities and a large number of well experienced experts, CPMIEC has adequate capacity for researching, designing and manufacturing of various high-precision and hi-tech products. CPMIEC also engages in joint R&D, co-production, technology transfer, system integration, joint venture, contracting for design and construction of industrial and civil projects, export of labor service, public tendering & bidding projects, technical and commercial consultation, real estate management, logistics and trade activities of other forms.

Since its establishment in 1980, in pursuance of "high prestige, reliable performance, superior quality, high efficiency", CPMIEC has established broad business relationship and highly efficient sales network with dozens of countries and regions throughout the world, enjoying an excellent reputation among customers both at home and abroad.

CPMIEC



组织结构
organization structure

副总裁
Vice President

总 裁
President

总会计师
Chief Accountant

总法律顾问
Chief Legal Officer

总裁业务助理
Assistant President



经理部
Administration Dept.

计划财务部
Plan & Finance Dept.

人力资源部
Human Resources Dept.

战略研发部
Strategic R & D Dept.

市场部
Marketing Dept.

资产经营部
Assets Management Dept.

业务一部
The 1st Business Dept.

业务二部
The 2nd Business Dept.

业务三部
The 3rd Business Dept.

业务四部
The 4th Business Dept.

技术支持部
Technical Support Dept.

系统集成部
System Integration Dept.

招标部
Tendering Dept.

海外代表处
Overseas Offices

海外企业
Overseas Enterprise

国内子公司
Domestic Subsidiaries

参股企业
Share-holding Enterprise

CPMIEC

# 防务产品

## Defense Products













　　以中国航天科技工业强大的技术实力为依托，精密公司集防御导弹武器系统的设计、研发、生产能力为一体，具有满足用户各种需求的能力，并提供优质的售后服务。目前已开发的系列防御性产品包括：战术地地导弹和多管火箭系统、反舰导弹、防空导弹等武器系统以及战术无人机等。精密公司愿意与客户共同开发防御性导弹系统、对客户现有导弹武器系统提供升级服务，以满足客户的特殊需求。

CPMIEC



Based on the immense high–tech capacity of China Aerospace, CPMIEC integrates design, R&D, manufacture and supply of the defense missile weapon systems and is capable of meeting various requirements of customers satisfactorily. CPMIEC has developed series of up-to-date missile weapon systems, such as tactical surface to surface missiles, MLRS, anti–ship missiles, air defense missiles and tactical UAVs, etc.

CPMIEC is also ready to jointly develop defense missile products with customers to meet their individual requirements, as well as upgrading customers' existing missile weapon systems.







防务产品

*Defense Products*

CPMIEC

# 航天产品



## *Aerospace Products*















精密公司与独联体、欧美、亚洲等国家和地区建立了长期友好的贸易关系，开展了航天高科技领域的产品及技术的合作与交流。提供的航天产品和技术涉及小型固体运载火箭、小型科学实验卫星、卫星接收系统、航天试验设备和卫星应用技术，以及移动通讯、车载通讯等。

CPMIEC maintains long–term friendly trade relations with partners from countries and regions in CIS, Europe, America and Asia, which involve cooperation and exchange on products and technology in space related high-tech areas.

The products and technology provided include small solid launch vehicles, small scientific experimental satellites, satellite receiving systems, aerospace test equipment, satellite application technology, mobile communication and vehicle mounted communication system, etc.

CPMIEC











工程承包

**Engineering Contracting**

精密公司积极参与国内外交通、能源、环境等方面的工程招投标项目，以工程总包、设备总包、系统总包、设备供货等方式，在城市轻轨、高速公路、民航机场等大型项目上中标，主要项目有天津轻轨、拉萨机场、广州新白云机场、首都国际机场等工程项目。并以雄厚的实力、众多的业绩、精湛的服务，在国内能源、交通、环保等领域建立了良好的信誉和知名度。

CPMIEC has been actively participating in bidding for domestic and foreign engineering projects in transportation, energy and environment protection, either as main contractor for project or subcontractor for equipment supply. The big city LRT, highway and civil airport projects successfully granted and implemented include Tianjin LRT, Lhasa Airport, Guangzhou New Baiyun Airport and Beijing Capital International Airport. The strength, performances and quality services demonstrated in these projects have brought CPMIEC a credible reputation and acknowledgement in the area of national energy, transportation and environment protection, etc.

CPMIEC



# International Trade













以国际市场需求为导向，通过航天技术的拓展转化，在信息技术、特种车、汽车零部件、建筑、机械加工等方面形成了众多的品牌产品。精密公司面向全球客户可提供诸如VXI总线测控系统、防伪税控系统、视频调度系统、快速定位定向系统、测风雷达、特种车辆、石油开采仪器设备、风洞设备、气垫船、通讯设备、医疗器械、各种复合管材及接头、金属波纹管、特种电机、数控加工中心、节能环保设备、无损探伤设备、制药设备、压力容器、覆铜板生产设备、铝工业技术装备等高科技的民用产品。

Oriented by the demands in international market, CPMIEC has applied space-related technologies into various applications and built a number of name-brands in IT, special vehicles, automobile parts, construction and machining. The high-tech civilian products from CPMIEC available world-wide include VXI-Bus-based control system, anti-counterfeit tax control system, video scheduling system, quick positioning/directing system, wind radar, special-purpose vehicles, petroleum exploration instrument & equipment, wind tunnel, hovercraft, communication instruments, medical apparatus, composite pipes and connectors, metal hoses, special-purpose motor, CNC machining center, energy saving and environmental protection equipment, nondestructive detection equipment, pharmaceutical equipment, pressure vessels, bronze-plated board production equipment and equipment for aluminum industry.

CPMIEC



# 投资与资产管理

## Capital Investement and Assets Management



精密公司通过直接投资、合资和参股的方式，
金融、信息、物流、物业管理等领域开展了多元化
有成效的业绩。公司分别设立了中国精密机械进出
出口天津公司、中国精密机械进出口哈尔滨公司、
国精密机械进出口厦门公司、珠海航天精密机械进
民用产品的进出口业务。并充分利用长江、珠江三
江对俄贸易区等区域优势，进一步扩大进出口贸易
国贸易中心项目，在上海外高桥保税加工区投资了







投资带动贸易增长，在房地产、
营，以有效的资产管理取得了卓
上海浦东公司、中国精密机械进
国精密机械进出口福州公司、中
口有限责任公司等子公司，从事
洲、渤海湾、厦门经济区和黑龙
规模。此外，还参股了莫斯科中
口加工大厦。



To bring up the Company's trade business, CPMIEC has approached a diversification of operations in real estate, finance, information, logistics and estate management through exclusive investment, joint venture and share-taking. The asset management has been efficient and resulted in good performances. CPMIEC has established wholly-owned subsidiaries such as CPMIEC Shanghai Pudong Company, CPMIEC Tianjin Company, CPMIEC Harbin Company, CPMIEC Fuzhou Company, CPMIEC Xiamen Company, Zhuhai Aerospace CPMIEC Co.,Ltd., dealing with the import and export of civilian products. Fully exploiting the local advantages in Changjiang River Delta, Pearl River Delta, Bohai Bay Economical Zone, Xiamen Special Economical Zone, Heilongjiang Sino-Russia Trade Zone, the Company's international trade business has been brought to a new horizon. And CPMIEC has participated in the Moscow China Trade Center in the mode of share-taking,and successfully invested in the Export Processing Building in Shanghai Wai Gaoqiao Free Trade Zone.

CPMIEC



利用航天高科技的先进、优良的研发设施，精密公司具备高新防御导弹武器系统的设计、集成、研发、生产和服务能力，形成了为国内外客户及其产品提供多种服务的专业化平台，可满足客户的不同需求。



Based on the advanced R&D facilities of China Aerospace, CPMIEC offers customers a full spectrum of capability to design, integrate, research, develop and manufacture state-of-art defense missile weapon systems, which has enabled a specialized platform for multiple services to meet diversified requirements of customers home and abroad.



# 研发设施

## Research & Development Facilities











CPMIEC