# CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:** 03 CR 0070 (SJ)

**Date Received By Docket Clerk:** 9-8-09  **Docket Clerk Initials:** EF

**BEFORE JUDGE:** JOHNSON  **DATE:** 9/3/2009  **TIME:** 9:30 A.M.

**CRIMINAL CAUSE FOR** STATUS  **TIME IN COURT** ___ HRS 20 MINS

**DEFENDANT'S NAME:** LAURA WANG-WOODFORD  **DEFENDANTS #** 2

Present  [☒] Not Present   [✔] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** John Ruggiero
Present  [☒] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

**A.U.S.A.:** CRISTINA POSA ✔   **PRETRIAL/PROBATION OFFICER**

**CASE MANAGER OR MAGISTRATE CLERICAL**   ANA RODRIGUEZ

**COURT REPORTER: OR ESR OPERATOR**   FRED GUERINO   **TAPE LOG** ___

**INTERPRETER:** ___   **LANGUAGE:** ___

**Select the Type of Hearing or Trial**   **CONTESTED** [ ]YES  [✔]NO
[✔] STATUS

**Select the action.**

[ ]Began   [✔]Held   [ ]Continued   [✔]Completed   [✔]Scheduled for

**Date:** 10/22/2009   **Time:** 9:30 A.M.   **FOR** SENTENCING

**Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**   [ ] YES  [✔] NO

Period of Excludable Delay/ Speedy Trial Start: ___
Period of Excludable Delay/ Speedy Trial Stop: ___

**CODE TYPE:** Please Circle
XT- Interest of Justice

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** [ ] YES  [ ] NO

- Case called. Defendant not produced. AUSA Cristina Posa appearing for the government.
- Defense counsel not present because of some confusion regarding today's conference. New counsel, Mr. Ruggiero, was here earlier but was informed by the courtroom deputy that the matter had been adjourned. The matter was scheduled to address defendant's obtaining new counsel.
- In light of the confusion this morning, the matter is adjourned to 10/22/2009 @ 9:30 a.m. for sentencing.