Laura Wang-Woodford
#90581-111
150 Park Row
New York, NY   10007

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

CR-03-70

NOV 20 2009

TIME A.M._____
     P.M._____

November 16, 2009

Honorable Judge Johnson
US Eastern District Court
225 Cadman Plaza
Brooklyn, NY

Honorable Judge Johnson:

   I realize that, you may find this letter strange. I was sentenced on November 05, 2009 to 46 months. I accept the sentence, but was very hurt by the allegations made by Prosecutor Silver prior to my sentence.

   Obviously, I accept responsibility for my crime but, I do not accept responsibility for the brochure found in my possession at the time of my arrest, it had informations about missiles, and satelite.

   As an american citizen, I love this country, therefore, I would never do anything to endanger this country. I had explained that, I did not know this brochure was in my luggage. It was misplaced among construction brochures which were in my possession. I would never do anything that, would endanger National Security. Since sentence, this allegation has been the cause of many sleepless nights.

   I felt the need to address the court regarding this matter. I thank you for taking the time to hear me out.

Cc: Defendant's attorney

Sincerely,

Laura W. Woodford
Laura Wang-Woodford

Laura Wang-Woodford
90581-111
Ncc
150 Park Row
NY, NY 10007

Honorable Judge Johnson
U.S. Eastern District Court
225 Cadman Plaza
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2009 ★
BROOKLYN OFFICE